STATE v. MANN

No. 755PA85.

Case below: 77 N.C. App. 654.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 7 January 1986. Petition by Attorney General for writ of supersedeas is denied upon the condition that defendant post an appearance bond in an amount determined by the superior court to be reasonable.

STATE v. MARTIN

No. 617P85.

Case below: 76 N.C. App. 682.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. NEAL

No. 613P85.

Case below: 76 N.C. App. 518.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. O'QUINN

No. 630P85.

Case below: 76 N.C. App. 682.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. PEELE

No. 644P85.

Case below: 76 N.C. App. 682.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.